**IN THE UNITED STATES BANKRUPTCY COURT FOR**
**THE DISTRICT OF PUERTO RICO**

IN RE:

|  |  |
|---|---|
| | **CASE NO. 15-09030 ESL** |
| **PABLO  LOPEZ MERCADO** | **Chapter 13** |
| | |
| **XXX-XX-4242** | |
| | <span style="color:red">**FILED & ENTERED ON 12/23/2015**</span> |
| **Debtor(s)** | |

<u>**ORDER DISMISSING CASE**</u>

It appearing that debtors have failed to comply with this court's order of 11/20/2015 (see docket entry #15), it is now

ORDERED that the instant case be and it is hereby dismissed; and it is further

ORDERED that the Clerk shall dismiss and close any contested matter or adversary proceeding related to the instant case.

SO ORDERED.

In San Juan, Puerto Rico, this 23 day of December, 2015.

Enrique S. Lamoutte Inclan
U.S. Bankruptcy Judge

C:   All Creditors